UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

---

MARK FULTZ,

    Plaintiff,

v.

GREAT WOLF TRAVERSE SPE, LLC,
a Delaware limited liability company
and GWR OP LESSEE MI LLC, a Delaware
limited liability company,

    Defendants.

Case No. 1:20-cv-1190

Honorable Phillip J. Green

---

| | |
|---|---|
| Lawrence A. Fuller<br>Fuller, Fuller & Associates, P.A.<br>Counsel for Plaintiff<br>12000 Biscayne Boulevard, Suite 502<br>North Miami, FL 33181<br>(306) 891-5199<br>lfuller@fullerfuller.com<br><br>M.J. Stephen Fox (P32456)<br>Counsel for Plaintiff<br>Fox and Associates<br>2536 Red Clover Drive SE<br>Ada, MI 49301<br>(616) 676-4300<br>foxlawfirm@aol.com | William M. Azkoul (P40071)<br>Laura B. Danielson (P77789)<br>Gruel Mills Nims & Pylman PLLC<br>Attorneys for Defendants<br>99 Monroe Ave NW, Suite 800<br>Grand Rapids, MI 49503<br>(616) 235-5500<br>wmazkoul@gmnp.com<br>lbdanielson@gmnp.com |

---

**ORDER OF DISMISSAL**

    This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises;  **NOW, THEREFORE,**

    **IT IS HEREBY ORDERED** that all claims asserted by Plaintiff, Mark Fultz against Defendants, Great Wolf Traverse SPE, LLC and GWR OP Lessee MI, LLC are dismissed with

prejudice. However, nothing in this Order of Dismissal shall prevent a party from filing a cause of action with this Court, or a motion to reinstate this case, to enforce the Settlement Agreement signed by the parties on May 7, 2021, and the Court therefore retains jurisdiction accordingly.

Dated:   June 17  , 2021                  /s/ Phillip J. Green
                                                                    PHILLIP J. GREEN
                                                                    United States Magistrate Judge